UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN L. MANLEY,

        Plaintiff,        Case No. 1:11-cv-151

v.        HONORABLE PAUL L. MALONEY

T. WOLVEN,

        Defendant.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: September 2, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge